# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREE SPEECH COALITION, INC.; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; ELIZABETH HENSON; and JFF PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES M. LE BLANC, in his official capacity as THE SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; JAY DARDENNE, in his official capacity as THE COMMISSIONER OF THE LOUISIANA DIVISION OF ADMINISTRATION; and JEFFREY LANDRY, in his official capacity as THE ATTORNEY GENERAL OF LOUISIANA,<br><br>Defendants. | CASE NO.: 23-cv-2123<br><br>SECTION E<br><br>JUDGE SUSIA MORGAN<br><br>MAG. JUDGE DONNA PHILLIPS CURRAULT |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Rules 3(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Plaintiffs Free Speech Coalition, Inc., Deep Connection Technologies, Inc., Charyn Pfeuffer, Elizabeth Henson, and JFF Publications, LLC file this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the Order dismissing all of Plaintiffs' claims arising out of La. R.S. § 9:2800.29 for lack of subject-matter jurisdiction entered on October 4, 2023. ECF No. 50.

Respectfully Submitted,

Dated: November 3, 2023

By attorneys:

/s/ D. Gill Sperlein
_____
D. Gill Sperlein   (CA Bar No. 172887, *pro hac vice*)

THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA  94102
Phone: 415-404-6615
e-mail: gill@sperleinlaw.com

Jeffrey Sandman (LA Bar No. 39073)
WEBB DANIEL FRIEDLANDER LLP
5208 Magazine St., Ste 364
New Orleans, LA  70115
Phone: (978) 886-0639
e-mail: jeff.sandman@webbdaniel.law